IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Halo Acoustic Wear LLC<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATION IDENTIFIED ON SCHEDULE "A"<br><br>Defendants. | Case No.: 1:20-cv-04248<br><br>Judge: Hon. Steven C. Seeger<br><br>Magistrate Judge: Hon. Jeffrey T. Gilbert |

## DECLARATION OF FENG YI

I, FENG YI, declare as follows:

1. My name is FENG YI. I am the legal representative of Shenzhen Vanergy Technology Co., Ltd, the operator of **Azzker.**

2. I am over eighteen (18) years of age. I make this Declaration based on my personal knowledge.

3. I have read this declaration fully and completely before signing it. I understand its contents.

4. I have uploaded the business's true and correct physical address Room 201-2, 2nd Floor, 3rd Building, Pingxinbei Road NO. 135, Hehua Community, Pinghu Street, Longgang District, Shenzhen, Guangdong, China 518111 to Amazon when I registered the account **Azzker.**

1

5.  I live at Shenzhen, Guangdong, China.

I declare under penalties of perjury of the laws of the United States of America that the above is true and correct within my best knowledge.

Date:  1/24/2021                               /s/   *Feng Yi*
                                               FENG YI