# Exhibit 2

# CERTIFICATE OF TRANSLATION

I, JESSIE ZICHANG LIU, a certified Mandarin interpreter and translator by the Judicial Council of California (Certification Number: 313563), am competent to translate from

<u>　　　　Chinese/Mandarin　　　　</u> into English, and certify that the translation of
**(language)**

<u>　See document attached herein　　　　　　　　　　　　　　</u>
**(name of document)**

is true and accurate to the best of my abilities.

<u>[signature]　　　　　　　　　　</u>　　　　<u>JESSIE ZICHANG LIU　　</u>
**(signature of translator)**　　　　　　**(typed/printed name of translator)**

01/25/2021



**Unified Social Credit Code**
914403003350693333J

# Business License
（Duplicate）



**Name:** Shenzhen Vanergy Technology Co., Ltd

**Type:** Limited Company (natural person sole investment)

**Date of Establishment:** March 20, 2015

**Legal Representative:** FENG YI

**Address:** Room 201-2, 2nd Floor, 3rd Building, Pingxinbei Road NO.135, Hehua Community, Pinghu Street, Longgang District, Shenzhen

**Important Reminder**

1. The business scope of the commercial entity is determined by the bylaws of the company. Business activities requiring approval in accordance with laws and regulations can only be carried out after such approval is obtained.
2. For information on business-related matters such as business scope and licensing and approval, annual reports and other credit information, please visit the website of National Enterprise Credit Information Public Notice System listed at the bottom left or scan the QR code at the top right to inquire.
3. All commercial entities shall submit its annual report of the previous calendar year to the commercial registration authorities, within two months after the anniversary date of the establishment of the enterprise each year. Enterprises shall disclose corporate information to the public in accordance with the provisions of Article 10 of the Interim Regulations on the Public Disclosure of Enterprise Information.

**Registering Authority:**



November 16, 2020

Website of National Enterprise Credit Information Public Notice System: http://www.gsxt.gov.cn

Made under the supervision of the State Administration for Market Regulation

# 营业执照
（副本）

统一社会信用代码 91440300335069333J

名　　称　深圳万诺威科技有限公司

类　　型　有限责任公司（自然人独资）

法定代表人　冯毅

成立日期　2015年03月20日

住　　所　深圳市龙岗区平湖街道禾花社区平新北路135号第三栋二楼201-2

登记机关　

2020年11月16日

须知：
1. 商事主体的经营范围由章程确定。经营范围中属于法律、法规规定应当经批准的项目，取得许可审批文件后方可开展相关经营活动。
2. 商事主体经营范围中可审批项目和许可信息及其他信用信息，请登录左下方的国家企业信用信息公示系统或扫描右上方的二维码查询。
3. 各类商事主体每年须于成立周年之日起两个月内，向商事登记机关提交上一自然年度的年度报告。企业应当按照《企业信息公示暂行条例》第十条的规定向社会公示企业信息。

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn

国家市场监督管理总局监制



